All concur.

In the Matter of the Claim of CATHERINE McDONOUGH, Respondent, against FLUSHING HOSPITAL & DISPENSARY et al., Appellants, and STATE INSURANCE FUND, Respondent. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of VICTORIA BUKOFSKY, Respondent, against FLUSHING HOSPITAL & DISPENSARY et al., Appellants, and STATE INSURANCE FUND, Respondent. STATE INDUSTRIAL BOARD, Respondent.—Decision

All concur.

In the Matter of the Claim of NELLIE H. SMITH, Respondent, against ROCHESTER FUEL & FEED COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.

In the Matter of the Claim of ROSE T. VOGEL, Appellant. FRIEDA S. MILLER, as Industrial Commissioner, Respondent.—